| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

Tunheim, John R. | 2. Court or Organization

District of Minnesota | 3. Date of Report

05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination,    Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2008
to
12/31/2008 |

| 7. Chambers or Office Address

13E United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member and House Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director and President | American Judicature Society |
| 4. Director | Federal Bar Association, Minnesota Chapter |
| 5. Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |
| 6. Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 7. Advisor | Advisory Board to the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota |
| 8. Regent | Concordia College, Moorhead, MN |
| 9. Board Member | Board of Visitors, University of Minnesota Law School, Minneapolis, MN |
| 10 Committee Member | Executive Committee, National Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 11 Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

2009 MAY 20 A 11: 55   FINANCIAL DISCLOSURE OFFICE   RECEIVED

Tunhein_John_R

|  DATE  |  PARTIES AND TERMS  |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Tunheim Partners, Minneapolis, MN |
| 2. | 2008 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Feb. 7-12, 2008 | Los Angeles, CA | Meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | Oct. 10-12, 2008 | Morgantown, WV | Meeting | Transportation, meals and lodging |
| 3. | American Bar Association, Criminal Justice Section | Feb. 1-3, 2008 | Tampa, FL | Task Force | Transportation and meals |
| 4. | American Bar Association, Criminal Justice Section | June 26-27, 2008 | Denver, CO | Task Force | Transportation and lodging |
| 5. | American Bar Association, Criminal Justice Section | Sept. 11-14, 2008 | Louisville, KY | Task Force | Transportation, meals and lodging |

| | | | | |
|---|---|---|---|---|
| 6. American Bar Association, Judicial Division | May 2-4, 2008 | New Orleans, LA | Meeting | Transportation, meals and lodging |
| 7. American Bar Association | Aug. 8-10, 2008 | New York, NY | Meeting | Meals and lodging |
| 8. Concordia College | May 9-10, 2008 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 9. Concordia College | Dec. 5-6, 2008 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 10 American Conference Institute | June 23-24, 2008 | New York, NY | Conference (speaker) | Transportation |
| 11 American Conference Institute | Dec. 10-11, 2008 | New York, NY | Conference (speaker) | Transportation and lodging |
| 12 University of North Dakota | Sept. 25-26, 2008 | Grand Forks, ND | Conference (speaker) | Transportation, meals and lodging |
| 13 American Judicature Society | Feb. 6-7, 2008 | Los Angeles, CA | Meeting | Meals and lodging |
| 14 American Judicature Society | April 24-25, 2008 | Scottsdale, AZ | Awards Program | Transportation, meals and lodging |
| 15 American Judicature Society | May 19-20, 2008 | Washington, DC | Awards Program | Transportation, meals and lodging |
| 16 American Judicature Society | Aug. 6-8, 2008 | New York, NY | Meeting | Transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Stonebridge Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: Investment Co. of America Cl R3 | A | Dividend | J | T | | | | | |
| 19. American Funds: EuroPacific Fund | A | Dividend | J | T | | | | | |
| 20. American Funds: American Balanced CL R3 | A | Dividend | K | T | | | | | |
| 21. American Funds: Bond Fund of America | B | Dividend | K | T | | | | | |
| 22. Third Avenue Value | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544